**\*PLEASE NOTE THAT THIS CALENDAR REPLACES THE CALENDAR SENT OUT BY JUDGE FITZSIMMONS. THERE WILL NO LONGER BE A CONFERENCE WITH JUDGE FITZSIMMONS ON OCTOBER 9, 2003. PLEASE MAKE ARRANGEMENTS FOR A TELEPHONE CONFERENCE WITH JUDGE AHLL, AS PER THE INSTRUCTIONS BELOW.**

09/26/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONIC STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

OCTOBER 14, 2003
10:00 a.m.

CASE NO. 3-00-cv-391 Ziemba v Thomas

------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Matthew B. Beizer | Attorney General's Office, 110 Sherman St., Hartford, CT 860-808-5318 |
| James J. Nugent | Nugent & Bryant, 236 Boston Post Rd., Orange, CT 203-795-1113 |
| Antonio Ponvert III | Koskoff, Koskoff & Bieder, P.C., 350 Fairfield Ave., Bridgeport, CT 203-336-4421 |
| Duane Ziemba | Northern Correctional Institution, P. O. Box 665, Somers, CT |
| Peregrine Alban Zinn-Rowthorn | Attorney General's Office, 110 Sherman St., Hartford, CT 860-808-5400 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone Chambers at (203) 579-5554.