UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:00CV391 (HBF) |
| V. | : | |
| FREDERICK THOMAS, ET AL. | : | MARCH 21, 2005 |

### DEFENDANTS' MOTION FOR PERMISSION TO FILE A MOTION FOR SUMMARY JUDGMENT

The four undersigned defendants: former Department of Correction Commissioner John Armstrong, Warden David Strange, Warden Mark Strange, and Captain Raymond Elterich respectfully request permission to file a Motion for Summary Judgment, which accompanies this motion. In support thereof, the defendants submit as follows:

 A. The plaintiff, an inmate, brings this action against 10 Connecticut, Department of Correction officials concerning an incident, or a series of incidents, occurring at various correctional institutions in 1998.

 B. The plaintiff's primary allegation is that defendants Thomas, Willard, Forrestal, Fretard, Fulcher, and Shefer utilized excessive force during an incident of March 9, 1998, at Corrigan Correctional Institution. He also makes a number of ancillary claims.

 C. The defendants do not seek summary judgment on behalf of the six above-named defendants.

 D. On May 22, 2003, the Court granted in part, and denied in part defendants' Motion to Dismiss Plaintiff's Amended Complaint.

 E. In June 2003, Attorneys Nugent and Ponvert appeared for the plaintiff. Since that time, there has been no activity in the file.

F.	It is unclear from the docketing statement whether there is an operative scheduling order.

G.	The defendant have not filed a Motion for Summary Judgment in this case and submit that the Motion for Summary Judgment will benefit all of the parties, and the Court, as it will eliminate the non-viable claims and non-viable defendants.  As a result, trial of this case will be far more orderly and efficient.

H.	Opposing counsel was contacted in regard to this request and did not communicate his position prior to the filing of this motion.

WHEREFORE, the four undersigned defendants respectfully request permission to file their Motion for Summary Judgment, which accompanies this motion.

        DEFENDANTS
John Armstrong, David Strange,
Mark Strange and Raymond Elterich

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail:  matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of March, 2005:

Antonio Ponvert, III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT  06604

James Nugent, Esq.
Nugent and Bryant
236 Boston Post Road
Orange, CT  06477

_____/s/_____
Matthew B. Beizer
Assistant Attorney General