United States District Court
District of Connecticut

FILED
2005 APR -8 P 2: 43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba | Civil Action
| 3:00 cv 391 (HBF)
VS. |
|
Frederick Thomas, et al. | April 5, 2005

Plaintiff's Motion For Extension Of Time
To File Pro Se Motion In Opposition To
Defendants' Motion For Summary Judgment

The plaintiff acting as pro se hereby respectfully moves this honorable Court for a thirty (30) day extension of time up to and including May 5, 2005 in which to file a pro se motion in opposition to the defendants' motion for summary judgment. In support of this motion the plaintiff represents the following:

1. By motion dated March 21, 2005 the defendants moved for permission to file a motion for summary judgment (accompanying their motion is their motion for summary judgment). The plaintiff does not object to the defendants' motion seeking permission to file their motion, but he

does request an extension of time to oppose the defendants' motion.

2. The defendants' motion (attempts) to only seek a partial judgment relevant to the (responsible supervisory officials) - defendants Armstrong, David Strange, Mark Strange and Elterich. But completely fails to challenge the indisputable facts that the remaining six defendants: Thomas, Fretard, Willard, Schefer, Fulcher and Forrestal -- violently beat the handcuffed plaintiff on the floor of the Sallyport, inter alia.

3. Attorneys Antonio Ponvert and James Nugent have file appearances in this case in the plaintiff's behalf. However, frankly, due to the defendants' motion completely failing to seek judgment pertaining to the Unconstitutional excessive force, and counsel being extremely busy in other matters, counsel (Ponvert and Nugent) will not invest their time and costs to oppose the defendants' motion. However, counsel has advised the plaintiff that he should, as pro se, utilize his time and resources and oppose the defendants' motion (because ultimately this is a very

-2-

serious and meritorious case and the defendants' motion as a matter of law is frivolous).

4. The plaintiff needs an extension of time to oppose the said motion because: (a) he does not have possession of this case file, Ponvert/Nugent do and therefore he must request it from them and await its receipt; (b) he is not trained in the law and must take the time to request and receive needed legal assistance; and (c) he lacks resources due to his incarceration and will indeed struggle to draft, have copied and have mailed out the motion in opposition.

5. Most importantly this is not a frivolous nor a burdensome action. Therefore it is fundamentally important to the administration of justice and the penal system for this honorable court to grant the plaintiff an extension of time to file his pro se motion in opposition to the defendants' motion for summary judgment.

Wherefore, for the foregoing reasons the plaintiff respectfully requests for a 30 day extension of time to be granted, for plaintiff to as pro se oppose the defendants' motion.

    Respectfully Submitted
    The Plaintiff
    *Duane Ziemba*
    Duane Ziemba #128963
    Garner Correctional Institution
    50 Nunnawauk Road
    Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to each counsel of record - the following on this 5th day of April 2005:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Antonio Ponvert, III, Esq.
Koskoff, Koskoff and Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT. 06604

James Nugent, Esq.
Nugent and Bryant
236 Boston Post Road
Orange, CT. 06477

By: *Duane Ziemba*
Duane Ziemba