United States District Court
District Of Connecticut

**FILED**
2005 MAY -6 P 3:58
US DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba

vs.

Frederick Thomas, et al.

Civil Action No.
3:00 cv 391 (HBF)

May 4, 2005

## Plaintiff's Motion For Extension Of Time To Oppose Defendants' Motion For Summary Judgment

The plaintiff - pro se hereby respectfully moves for a 2nd thirty (30) day extension of time up to and including June 7, 2005, to file his pro se motion in opposition to the defendants' pending motion for Summary judgment. In support of this motion the plaintiff represents the following:

1. By motion dated April 5, 2005, the plaintiff moved for his 1st thirty (30) day extension of time.

2. Plaintiff needs an additional extension of time up to and including June 7, 2005, because affidavits are in the process of being completed, plaintiff has just recently received the case file of this

case from Attorney Ponvert III, and plaintiff is not trained in the law and therefore he is in the process of receiving needed legal assistance which via U.S. mail is time consuming.

   Wherefore, for the foregoing reasons this honorable Court should grant a thirty day extension of time up to June 7, 2005, for the plaintiff to file his pro se motion in opposition to the defendants' motion for summary judgment.

        Respectfully Submitted
        The Plaintiff
        *Duane Ziemba*
        Duane Ziemba #128963
        Garner C.I.
        50 Nunnawauk Road
        Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to each of the Counsel of record, the following on this ~~3~~ 4th day of ~~June~~ May 2005:

Matthew B. Beizer, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Antonio Ponvert III, Esq.
Koskoff, Koskoff and Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT. 06604

James Nugent, Esq.
Nugent and Bryant
236 Boston Post Road
Orange, CT. 06477

By: *Duane Ziemba*
Duane Ziemba