UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:00CV391(HBF) |
| V. | : | |
| FREDERICK THOMAS, ET AL. | : | MARCH 21, 2005 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the following defendants: Commissioner Armstrong, Warden David Strange, Warden Mark Strange, and Investigator Raymond Elterich, hereby move for summary judgment on the following grounds:

A. There is no evidence to support a supervisory liability claim against Commissioner Armstrong, a DOC administrator and supervisor, who was not personally involved in the incidents set forth in the plaintiff's Complaint.

B. There is no evidence to support a supervisory liability claim against Warden David Strange, a DOC administrator and supervisor, who was not personally involved in the incidents set forth in the plaintiff's Complaint.

C. There is no evidence to support a retaliatory transfer claim against Warden Mark Strange who was not personally involved in the plaintiff's transfer from MacDougall Correctional Institution to Garner on June 19, 1998.

D. There in no evidence to support a viable due process claim against defendant Elterich based on the disciplinary hearing held on March 12, 1998.

In support thereof, the defendants submit a Local Rule 56(a)1 Statement, a memorandum of law, affidavits and attachments.

          DEFENDANTS
John Armstrong, David Strange,
Mark Strange and Raymond Elterich

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail:  matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of March, 2005:

Antonio Ponvert, III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT  06604

James Nugent, Esq.
Nugent and Bryant
236 Boston Post Road
Orange, CT  06477


_____/s/_____
Matthew B. Beizer
Assistant Attorney General