# ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:00CV391 (WWE)(HBF) |
| V. | : | |
| FREDERICK THOMAS, ET AL. | : | MARCH 9, 2005 |

**AFFIDAVIT OF JOHN ARMSTRONG**

I, John Armstrong, having been duly sworn, deposes and says:

1. I am over the age of 18 and believe in the obligations of the oath.

2. In 1997-1999, I was the Commissioner of the Connecticut, Department of Correction ("DOC").

3. In that capacity, I routinely received a great number of phone calls from various individuals and organizations, including DOC staff, attorneys, legislators, media representatives, former inmates, etc.

4. Due to the high volume of calls, and various other responsibilities associated with the position of DOC Commissioner, it was not feasible to personally accept, or return, all phone calls.

5. There was no routine or practice to decline to accept, or fail to return, phone calls from relatives of inmates. In fact, I did speak on occasion with family members of inmates concerning various issues surrounding the incarceration of their relative.

6. I do not have a specific recollection of any phone conversation in 1997 or 1998 with relatives of the plaintiff.

7. If, in a phone conversation, a family member raised a concern about unconstitutional or inappropriate treatment, or any other issue that indicated the necessity for an investigation, I would request that the family member document that concern and I would

then refer that complaint to DOC staff at the pertinent facility.* This was done, in part, to provide a documented record to DOC staff and to avoid any duplicative or redundant efforts by DOC staff. *Depending on the facts and circumstances, complaints might be referred to the DOC Security Division or outside authorities.

I have read the foregoing statement and it is true to the best of my knowledge and belief.

_____
John Armstrong

Sworn and subscribed before me on this 17th day of March, 2005.

_____
~~Notary Public~~ / Commissioner of Superior Court

2