# ATTACHMENT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:00CV391 (WWE)(HBF) |
| V. | : | |
| FREDERICK THOMAS, ET AL. | : | MARCH 9, 2005 |

### AFFIDAVIT OF DAVID STRANGE

I, David Strange, having been duly sworn, deposes and says:

1. I am over the age of 18 and believe in the obligations of the oath.

2. In 1997 and 1998, I was the Warden at Corrigan Correctional Institution.

3. The plaintiff was transferred to Corrigan Correctional Institution on or about October 30, 1997.

4. As Warden at Corrigan in 1997-98, I would occasionally converse with inmates and receive letters or other correspondence from inmates, and relatives of inmates, concerning various issues surrounding their incarceration.

5. As Warden at Corrigan in 1997-98, if I learned of an allegation of ongoing unconstitutional practices, or any other issue that indicated the necessity for an investigation, I would order an investigation into that allegation or issue.

6. From the date of the plaintiff's transfer to Corrigan on October 30, 1997 until March 9, 1998, I did receive some correspondence from the plaintiff in which he expressed complaints about various matters concerning his confinement, including the "taking" of his legal materials and other property, his being taken to court without shoes, and the failure of DOC staff to adequately respond to his grievances.

7. On February 9, 1998, in response to a request from the plaintiff, I sent a memorandum to the plaintiff in which I attached various incident reports that he had requested. That memo is attached hereto as Attachment A.

8. As detailed in my memorandum to the plaintiff dated March 10, 1998, the plaintiff's various complaints were investigated and resolved by DOC staff. That memo is attached hereto as Attachment B.

9. From the date of the plaintiff's transfer to Corrigan on October 30, 1997 until March 9, 1998, I did not receive any notification that the plaintiff was being subjected to excessive force, or was likely to be subjected to excessive force, as he has alleged in his Complaint.

I have read the foregoing statement and it is true to the best of my knowledge and belief.

_____
David Strange

Sworn and subscribed before me on this __14th__ day of March, 2005.

_____
Notary Public / ~~Commissioner of Superior Court~~

MY COMMISSION EXPIRES
JANUARY 31, 2006

2

To:   Inmate Duane Ziemba #128963
      C209

From: David Strange, Warden
      Corrigan CI

Re:   Requested Copies of Incident Reports

Date: February 9, 1998

Attached are the only incident reports that have been written concerning the incidents that you made reference to.

DS:klr

cc:   File

Attachment

# M·E·M·O

# Incident Report - Page 1
## Connecticut Department of Correction

☐ Individual
☐ Summary

CN 6601 3-8-9(

| Facility/CSO | Corrigan C.I. | | | | Incident location: A.P. Room | Report no. RCC-9711076 |

Prepared by: Lt. Chance Martin    Title: Lieutenant    Report date 11-26-97

Incident class ☐ 1 ☐ 1a ☐ 2 ☒ 3    Type I    Time 10:30 ☐ a.m. ☒ p.m.

| Inmate name (last and first) | Hsg unit | Race | ID no. | Status | Staff Name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| Ziemba, Duane | G-109 | W | 128963 | S | Chance Martin | W | Lt. | R |
| Rivera, Richard | D-211 | H | 188824 | W | | | | |
| Robinson, Cleveland | C-111 | B | 258531 | W | | | | |

Status Code: V = victim, S = suspect, E = escape, R = first employee responder W = inmate witness, EW = employee witness

Race Code: W = white, B = black, H = Hispanic, N = native American, O = other

**Narrative:**

On Monday November 24, 1997 Inmates Ziemba, Duane # 128963, Rivera, Richard # 188824, and Robinson, Cleveland # 258531 were in the A.P Room in Group Holding Cell # 2 awaiting to go to court. Officer Surfus, W had observed big black boot marks on the floor that were not there when he had put the three inmates in the cell. Inmate Ziemba had black boots on, Inmates Rivera and Robinson had sneakers on, all three inmates were questioned by Officer Surfus, they all denied knowing how the marks suddenly appeared on the floor. Inmate Ziemba was the only inmate in the cell with black boots on. On Tuesday November 25, 1997 Inmate Ziemba was in the A.P. Room for another court apperance, when he arrived his boots were taken for the incident on 11-24-97 I spoke with Inmate Ziemba and he continued to deny scuffing the floor, I informed him that he would receive a pair of State issued sneakers for his court trip. Inmate Ziemba then started to get verbally aggressive stating " you better call Northern and Cheshire about me" I asked him what he was talking about and he stated " you'll see when you have to get a new job". I then issued him a pair of sneakers size thirteen and he said they don't fit, he was informed that is the only size we had that would fit him. He again refused to wear any footwear and was released to the C.T.U Officers.

Reporting employee signature: [signature]
Title: LT.
Date: 11-26-97

**FOLLOW-UP**

Property damage: Floor Scuffed
Contraband recovered: None    Value $
Physical force: None    Chemical agents: None    Restraints: None
Assigned to:

☐ Protective custody        ☐ Isolation        ☐ Medical
☐ Administrative detention  ☐ Outside hospital _____
☐ 15 - minute watch         ☐ Other: _____



# Incident Report - Page 2
## Connecticut Department of Correction

CN 6601 3-8-96

### CONTACTS

| | Date | Time | a.m. | p.m. |
|---|---|---|---|---|
| Unit administrator | | | ☐ | ☐ |
| Central office | | | ☐ | ☐ |
| Outside agency | | | ☐ | ☐ |
| Police | | | ☐ | ☐ |
| Fire | | | ☐ | ☐ |

### OTHER ATTACHED REPORTS

Medical incident: None
Use of force: None
Other (specify): Photos, Log Book entry
Disciplinary: None

### CRIMINAL PROSECUTION

If a staff member was assaulted during the incident, is criminal prosecution requested? ☐ Yes  ☐ No

CT State Police investigation no.

Shift supervisor review: See attached

Signature: T. Grady   Title: Cpt.   Date: 11/26/97

Unit administrator review: RW 12/5/97 Maj. Collins
RW 12/15/97

Signature: A. Strang   Title: Warden   Date: 12/23/97

Central office review:

INCIDENT DATE  11-25-97          TIME  Approximately 6:00 am.

REPORT NUMBER  97-11-76          PAGE  1  OF  1

On the morning of November 25, 1997 at approximately 6:00 am. I c/o Surfus approached I/m Ziemba, Duane 128963, who was in the A+P room going to court in Hartford. I asked I/m Ziemba about scuff marks in group holding Cell #2 which were done a day prior. (see incident report)

I told I/m Ziemba he was the only one with Black State Boots, and I wanted him to clean them up, and I wanted his state boots, and I will give him a pair of sneakers. I/m Ziemba then started to talk about his prior time at Northern and Cheshire and I do not know who I'm dealing with; I/m Ziemba also told me to start looking for a new job, because he will have me fired. I told Ziemba "look, you clean the floor and I will not give you a D.R." I/m Ziemba said fine I will clean your floor.

So I told I/m Ziemba now I have to get your state boots. I/m Ziemba lifted up his feet said if you want the fucking boots take them. I c/o Surfus bent over and slipped off the boots and gave I/m Ziemba a brand new pair of size 13 sneakers without incident.

On 11-26-97 at approximately 10:30 am I c/o Surfus called I/m Ziemba to A+P to clean the floor. When I/m Ziemba arrived he told me it was past 24 hrs. "you can't give me a ticket and I'm not cleaning your fucking floor." I told I/m Ziemba he was right and he got me. I/m Ziemba was sent back to his housing unit without any further incident.

William Surfus                    William C Surfus

PRINTED NAME                      SIGNATURE

**To:** Inmate Duane Ziemba #128963
SMU

**From:** David Strange, Warden
Corrigan CI

**Re:** Requests dated 2/24/98 and 2/25/98

**Date:** March 10, 1998

I received your requests dated 2/24/98 & 2/25/98, and had each issue you mentioned investigated. It was found that each complaint you made had already been addressed, or it was a new complaint and was being addressed. None of your issues have been ignored.

All of your grievances have either been responded to or you chose to withdraw them. Do not keep bringing up old grievances.

The issue you raised about allegedly missing documents in your central file was being investigated, however, you were absolutely uncooperative with the individuals trying to investigate it. Because of your failure to cooperate, I instructed them to conclude the investigation as being inconclusive and closed. Do not bring this same complaint up again.

The complaint you made regarding your shoes was investigated, and the only issue that needed to be addressed with the staff was the fact that they allowed you to go to court without shoes on. Steps have been taken to ensure this does not occur again. There were no other



M·E·M·O

Duane Ziemba
March 10, 1998

2

issues of inappropriate conduct by staff in this matter, other than the fact that officer's should have given you a disciplinary report immediately, instead of waiting to give you an opportunity to clean the floor yourself. By then it was too late to give you the ticket. Your complaint of missing property was also addressed. With the exception of your claim of missing legal papers, which I have already told you there was nothing I could do, even if it was proven they were taken, which it was not. We gave you items to replace the ones you claimed were missing. You even acknowledged the fact that you had no further property issues (signed documentation). Do not keep bringing this same complaint up; it will not be addressed again.

You complained that Lt. Marshall did not send you the response to your disciplinary appeal. He indicated that he did, and sent you another response on 3/8/98. Do not bring this issue up again, as it has been answered.

As I have repeatedly stated, stop bringing up issues that have been addressed. Just because you may not like the answer you get, doesn't mean the issue has not been addressed. If you honestly cannot recall people answering your questions and issues in writing or verbally, I suggest you may want to contact the mental health unit to see if they can assist you with this problem.

DS:klr

cc:    File