# ATTACHMENT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:00CV391 (WWE)(HBF) |
| V. | : | |
| FREDERICK THOMAS, ET AL. | : | MARCH 9, 2005 |

## AFFIDAVIT OF JOHN SIEMINSKI

I, John Sieminski, having been duly sworn, deposes and says:

1. I am over the age of 18 and believe in the obligations of the oath.

2. I am currently employed by the Connecticut, Department of Correction ("DOC") as a Correctional Warden at MacDougall Correctional Institution.

3. In 1998, I was employed by the DOC as a counselor supervisor in the Offender Classification and Population Management Department.

4. The decision to transfer an inmate within the DOC from one correctional facility to another is made by Population Management. This decision is based on a variety of factors.

5. In June, 1998 Population Management received and reviewed copies of several letters written by the plaintiff in which he alleged that he was the victim of a conspiracy that involved the Warden at MacDougall, Mark Strange. These letters were forwarded to Population Management by Counselor Patterson from MacDougall.

6.  Based on these letters, a representative at Population Management made the decision to order the plaintiff's transfer to Garner.

7.  Warden Mark Strange was not involved in the decision by Population Management to order the plaintiff's transfer from MacDougall to Garner on or about June 19, 1998.

I have read the foregoing statement and it is true to the best of my knowledge and belief.

_____
John Sieminski

Sworn and subscribed before me on this __15__ day of March, 2005.

_____
Notary Public / Commissioner of Superior Court

My Commission expires 2/28/10

2