# ATTACHMENT D

# Disciplinary Process Summary Report

Connecticut Department of Correction

CN 9504
1-14-94

| | |
|---|---|
| Unit: WRSMU | Rep #: 24031 |
| | Report date: 3·10·98 |
| | Hearing date: 3·12·98 |
| Inmate name: ZIOMBA | ID no.: 128963 |
| | Housing: S-08 |
| Reporting employee: BELL, W | Title: C/O |
| Investigator: LESKE | Advocate: C/O Miller / WIGGINS |
| Inmate appearance: ☒ yes ☐ | Reason: |
| ☐ Suspended sentence | |
| ☐ Deferred prosecution | No. of: |
| | Through: |
| ☐ Charge dismissed | By: |
| | Reason: |

Continuances (dates and reasons):

| | Charge/class | | Finding | Sanctions |
|---|---|---|---|---|
| Original | Causing A Disrup / B | | | 10 Days Pun Seg Consec. → 4·17·98 |
| Substitute | | | | 20 Days CTQ → 5·6·98 |

☐ Confidential information — Reliability:
Documentation submitted: ☐ Inc. ☐ Us.
☐ Medical incident report
☐ Other (specify)

Witness name:
Testimony:
☐ appearance

Witness name:
Testimony:
☐ appearance

Witness name:
Testimony:
☐ appearance

☐ Witness exclusion | Name: | Reason:

Physical evidence, written testimony:

## Disciplinary Report - Page 1
### Connecticut Department of Correction

CN 9503 1-10-94

WR# 9803031

| | |
|---|---|
| Unit: #4 Corrigan | Report No. RCC9803052 |
| Inmate Name: Ziemba, Duane | Date: 3/10/98 |
| Location: RHU-121 | Housing: PHU-121 |
| Charge: Causing a Disruption | Date: 3/10/98  Time: 3:00 p.m.  Class: B |

**Description of Violation:** While conducting [a tour] of RHU I noticed that the dayroom was flooded and [the] water was coming from cell #121. I/m Ziemba stated [he] flooded his cell because of the lack of medical treatment

**Witness(es):** c/o's Davito + [illegible]

**Physical Evidence:**

**Reporting Employee:** C/O M. R[illegible]
**Title:** c/o
Date: 3/10/98  Time: 13:40 p.m.
Employee Requests Copy: ☒ no

**CUSTODY SUPERVISOR / UNIT MANAGER REVIEW**

☐ Administrative Detention
☐ Interview Accused

**Custody Supervisor/Unit Manager Signature:**
**Title:** LT
Date: 3/10/98  Time: 7:00 p.m.
Informal Disposition

**Delivered By:** [signature]
**Title:** LT
Date: 3/10/98  Time: 7:30 p.m.

Basis for finding: INMATE ZIEMB[...]SED TO PRESENT ANY TYPE
of DEFENSE, I/M ZIEMB[...] NOT PLEAD "GUILTY
OR "NOT GUILTY". (A NOT [P]LEA WAS ENTERED IN HIS BEHALF)
BASED ON THE BO[...] officer's STATEMENT AS
SUPPORTED BY THE SN[...] [SUPER]VISORS SUMMARY STATEMENT
A <u>GUILTY FINDIN</u>[G] MADE.

I/M ZIEMBA'S AD HOC [...] PRESENT, AND HE REFUSED
WITNESSES

Basis for sanctions:

① SERIOUS NATURE OF [OFFE]NSE

Hearing officer signature: [signature]                    Date 3-12-98
Disciplinary coordinator signature:                       Date
Investigator signature:                                   Date

You may appeal a finding of [...] [hea]ring officer within 15 days.
Delivering officer signature: [signature]                 Date 3-12-98
Copies (5): investigator, reporting emplo[yee...] [di]sciplinary file, and inmate master file

# Disciplinary Process Summary Report - Page 1

Connecticut Department of Correction

CN 9504
1-14-94

| Field | Value |
|---|---|
| Unit | WRSMY |
| Inmate name | ZIOMBA |
| Reporting employee | Thomas |
| Investigator | LESKE |
| Inmate appearance | ☒ yes ☐ no |
| Report date | 3.9.98 |
| Hearing date | 3.12.98 |
| # | 128963 |
| Housing | S-08 |
| Title | LT. |
| Advocate | CO. Miller / WIGGINS |

☐ Suspended sentence
☐ Deferred prosecution — No. of days
☐ Charge dismissed — By

Continuances (dates and reasons):

| | Charge/class | Plea |
|---|---|---|
| Original | THREATS / A | NG |
| Substitute | | |

☐ Confidential information

Documentation submitted: ☐ Incident ☐ Use of force

Sanctions:
15 Days Pun Seg Consec. → 4.7.98
60 Days Loss of Mail → 5.12.98
30 Days Loss of Rec. → 6.5.98

☐ Reliability
☐ Medical incident report
☐ Other (specify)
☐ appearance

Witness name:
Testimony:

Witness name:
Testimony:
☐ appearance

Witness name:
Testimony:
☐ appearance

☐ Witness exclusion — Name
Reason

Physical evidence, written testimony:

# Disciplinary Report - Page 1
## Connecticut Department of Correction

CN 9503 1-10-94

| Unit: Corrigan Correctional Inst. | Report Date: 3/9/98 | Report No.: 9803056 |
|---|---|---|
| Inmate Name: Ziemba Duane | I.D. No.: 128963 | Housing: H 219 |
| Location: H 219 | Incident Date: 3/9/98 | Time: 10:40  ☐ a.m.  ☒ p.m. |
| Charge: Threats | | Class: |

**Description of Violation:** Inmate Ziemba, Duane #128963 refused to f/l. Told myself Lt. Thomas I am going to get you, I am going Have you in court and then punched the window with his fist a the level of my face.

**Witness(es):** c/o Petrello

**Physical Evidence:**

**Reporting Employee:** [signature]   **Employee Requests Copy:** ☐ yes  ☒ no
**Title:** Lt.   **Date:** 3/9/98   **Time:** 10:40  ☐ a.m.  ☒ p.m.

### CUSTODY SUPERVISOR/UNIT MANAGER REVIEW

☒ Administrative Detention   **Date:** 3/9/98   **Time:** 11:40  ☐ a.m.  ☒ p.m.
☐ Interview Accused   ☒   Informal Disposition
**Custody Supervisor/Unit Manager Signature:** [signature]
**Title:** Lt.   **Date:** 3/9/98   **Time:** 10:40  ☐ a.m.  ☒ p.m.

### INMATE NOTICE

**Delivered By:** [signature]
**Title:** Lt.   **Date:** 3/10/98   **Time:** 1:00  ☒ a.m.  ☐ p.m.

Basis for finding: INMATE ZIEMBA [REFUS]ED TO PRESENT ANY TYPE of DEFENSE, I/M ZIEMBA [WOULD] NOT PLEAD "GUILTY" OR "NOT GUILTY" (A NOT GUILTY [WAS] ENTERED IN HIS BEHALF) BASED ON THE BODY [OF THE] REPORT ALONG WITH THE I/M OWN STATEMENT TO THE [INVES]TIGATOR, A GUILTY FINDING WAS MADE. I/M's ADVOCATE W[AS PRE]SENT AND HE REFUSED WITNESSES

Basis for sanctions:

① NATURE OF [OFFENSE]

[CA]USE

DISP[OSITION OFFIC]ER

Hearing officer signature _____ Date 3-12-98
Disciplinary coordinator signature _____ Date
Investigator signature _____ Date

INM[AT]E

You may appeal a finding of [guilty to the] [hea]ring officer within 15 days.
Delivering officer signature _____ Date 3-12-98
Copies (3): investigator, reporting employee, [inmate,] disciplinary file, and inmate master file

Connecticut Department of Correction

| | |
|---|---|
| Unit | WRSMU |
| Inmate name | ZIOMBA |
| Reporting employee | HANNARAHAN |
| Investigator | LESKE |
| Inmate appearance | ☒ yes ☐ no |

☐ Suspended sentence
☐ Deferred prosecution — No. of da
☐ Charge dismissed — By

Continuances (dates and reasons):

Report date 3-7-98  Hearing date 3-12-98
no. 128963  Housing S-04
Title C/O
Advocate C/O Miller / WIGGINS O/C (RD)
Reason

rough
Reason

| | Charge/class | P. |
|---|---|---|
| Original | Flagrant Disobedience / B | N |
| Substitute | | |

☐ Confidential information
Documentation submitted: ☐ ncid ☐ Use

Witness name
Testimony:

Witness name
Testimony:

Witness name
Testimony:

☐ Witness exclusion   Name
Physical evidence, written testimony:

RY
ng | Sanctions
15 Days Pun SEG → 3-23-98
30 Days Loss of Visits → 5-16-98
30 Days Loss of Phone → 6-5-98

Reliability
☐ Medical incident report
☐ Other (specify)
☐ appearance

☐ appearance

☐ appearance

Reason

# Disciplinary Report - Page 1
## Connecticut Department of Correction

CN 9503
1-10-94

| | | |
|---|---|---|
| Unit RCCI | Report date 3/9/98 | Report no. 9803054 |
| Inmate name Ziemba, Duane | I.D. no. #128963 | Housing HZ19 |
| Location H pod | Incident date 3/9/98 | Time 10:40 ☐ a.m. ☒ p.m. |
| Charge Flagrant disobedience | | Class A |

**Description of violation:** On the above date and time I/m Ziemba refused several orders to step into the sallyport for a shakedown. This officer called Lt Thomas for assistance. Lt Thomas and several staff members responded to this incident.

**Witness(es):**

**Physical evidence:**

| Reporting employee c/o Hanrahan | Employee requests copy ☐ yes ☒ no |
|---|---|
| Title corrections officer | Date 3/9/98 | Time 10:40 ☐ a.m. ☒ p.m. |

### CUSTODY SUPERVISOR/UNIT MANAGER REVIEW

| ☒ Administrative detention | Date 3/9/98 | Time 11:55 ☐ a.m. ☒ p.m. |
|---|---|---|
| ☐ Interview accused | ☐ Informal disposition | |

Custody supervisor/unit manager signature S. B___
Title LT | Date 3/9/98 | Time 11:55 ☐ a.m. ☒ p.m.

### INMATE NOTICE

Delivered by S. B___
Title LT | Date 3/9/98 | Time 11:55 ☐ a.m. ☒ p.m.

Basis for finding: INMATE ZIEMBA (...) TO PRESENT ANY TYPE of DEFENSE, I/M ZIEMBA (...) PLEAD "GUILTY" OR "NOT GUILTY", (A NOT GUILT... WAS ENTERED IN HIS BEHALF) BASED ON THE SHIFT (...)RVISORS STATEMENT A GUILTY FINDING WAS M(...) I/M ZIEMBA'S ADVOC(...) - PRESENT AND HE REFUSED WITNESSES.

Basis for sanctions:

To enforce (...) OF AUTHORITY

Hearing officer signature [signature] DISP [signature]  Date 3-12-98

Disciplinary coordinator signature | Date

Investigator signature | Date

You may appeal a finding of (...) ...ring officer within 15 days.

Delivering officer signature [signature] | Date 3-12-98

Copies (5): investigator, reporting emplo(...) ...sciplinary file, and inmate master file