United States District Court
District Of Connecticut

FILED
2005 MAY 27 P 5:10

Duane Ziemba

vs.

Frederick Thomas, et al.

Civil Action No.
3:00 cv 391 (HBF)

May 24, 2005

## Plaintiff's Motion In Opposition To Defendants' Motion For Summary Judgment

The plaintiff hereby respectfully opposes the defendants' motion for summary judgment.

In Support of this motion and of the defendants' motion is **patiently frivolous** and as a matter of law should be denied, is an accompanying memorandum of law, a Local Rule 56(a) 2 Statement, affidavits, and other documentary evidence.

Wherefore, as a matter of law the defendants' motion should be forthwith denied.

Respectfully Submitted
Duane Ziemba/ Duane Ziemba #128963
Garner C.I. 50 Nunnawauk Road
Newtown, CT. 06470

1

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of May 2005:

Matthew B. Beizer, Esq.
Perry Zinn Rowthorn, Esq.
Assistant Attorney's General
Office Of The Attorney General
110 Sherman Street
Hartford, CT. 06105

Antonio Ponvert III, Esq.
Koskoff, Koskoff and Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT. 06604

James Nugent, Esq.
Nugent and Bryant
236 Boston Post Road
Orange, CT. 06477

By: *Duane Ziemba*
　　Duane Ziemba