<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED

2005 MAY 27 P 5:10

Duane Ziemba | Civil Action No.
 | 3:00 cv 391 (HBF)
vs. |
 |
Frederick Thomas, et al. | May 22, 2005

<u>Plaintiff's Affidavit In Support Of</u>
<u>Motion In Opposition To Defendants'</u>
<u>Motion For Summary Judgment</u>

I, Duane Ziemba, hereby declare under penalty of perjury:

1. In September of 1997, I was incarcerated at Cheshire C.I. in a cell, locked, with inmate Patrick Wright a combative and severely mentally ill man. He had homemade weapons threatening my life. Defendant Armstrong's subordinates ignored my repeated verbal requests to be protected from Wright, and ignored my filed emergency grievance. As a result on September 9, 1997 Wright stabbed me. Following the stabbing due to I blamed Armstrong's subordinates, I was stripped,

34

placed in a Segregation cell and denied needed medical treatment and food to eat. Several days later I was transported to Middletown Court - covered in blood - with open stab wound. When I was returned to Cheshire, on September 12, 1997, I was locked inside of an empty shower room whereat I respectfully refused to come out of until 1st I received medical treatment for infected stab wound. In return Armstrong's subordinates threatened me with two dogs (they stated dogs are trained to and are going to chew on my balls), they maced me, and beat me on the shower room floor. I sustained serious injuries and at no time hurt anyone, or resisted, all I wanted was the needed medical treatment. Hours later they transferred me to Northern C.I. Segregation whereat they hid me for about 30 days until I healed from the horrible injuries they hands on inflicted. These facts are pending Civil Action No. 3:98 cv 2370 (DFM). And please see Exhibit A Affidavit By Pamela Ziemba, and Exhibit N.

   2. October 30, 1997 I was transferred from Northern to Corrigan C.I. I could not let them, the prison officials, get away with what

35

they did to me at Cheshire C.I., but I refused to resort to violence like them.

At Corrigan I started to learn that I could sue the State employees for what they unlawfully did to me. I was actively working on the Cheshire lawsuit No. 3:98 cv 2370 (DFM).

I did humbly and respectfully turn towards the law for justice and Not violence.

In addition I started to write Newspaper Articles about the Department Of Correction Corruption --- to Newspapers around the State Of Connecticut.

3. During this aforementioned time, the Corrigan prison officials at routine cell searches read through my legal material property learning that I was suing Department employees, and writing Newspaper Articles concerning the Department's corruption. Repeatedly defendants Armstrong and David Strange's Corrigan subordinates seriously threatened me by stating: "I am going to be hurt, I will never make it out of prison, if I don't stop writing the Newspapers."

In January 1998 – Defendant Thomas and guards searched my cell and stole my Newspaper Article which I was writing and my carbon

36

-3-

paper. Thereon defendant Thomas threatened me by stating the following: "If he ever catches me writing the Newspapers again I will be hurt." I filed a grievance regarding this matter dated January 17, 1998. See Exhibit B.
( the chronological events of the retaliation leading up to the March 9, 1998 beating
-- excessive force relevant in this case
-- is stated and substantiated by the Amended Complaint, Exhibits, and the Affidavit of Pamela Ziemba with attached documentation - Exhibit B.)

4. **It was the custom at** Corrigan C.I. for the Warden David Strange, at lunch time to be in the lunch room - standing watching the inmates. I did, repeatedly, speak with him about his Corrigan staff being extremely hostile towards me due to my suing their fellow employees and my writing the CT. Newspapers concerning the D.O.C. corruption. I specifically informed him of the on-going overt harassment and retaliation and how LT. Thomas (defendant) had threatened me. David Strange told me that the incidents would be investigated, but they never were whatsoever, the retaliation continued until on March 9, 1998

37

-4-

in the Sallyport his subordinates violently beat me. I am aware of the facts that David Strange as the Warden utterly failed and refused to take action to investigate my complaints, he acted with deliberate indifference, and he did not remedy the prior or the subsequent unlawful violations herein this case.

5. On several occasions the Connecticut Department Of Correction employees have (well documented facts) intentionally stolen, destroyed and lost my essential legal material property. Voluminous letters, grievances and records pertaining to this case and the personal involvement of Armstrong, David Strange, and Mark Strange were a part of my legal material that was stolen/destroyed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed *Duane Ziemba*
Duane Ziemba
Dated: May 22, 2005

-5-

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of May 2005:

Matthew B. Beizer, Esq.
Perry Zinn Rowthorn, Esq.
Assistant Attorney's General
Office Of the Attorney General
110 Sherman Street
Hartford, CT. 06105

Antonio Ponvert III, Esq.
Koskoff, Koskoff And Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT. 06604

James Nugent, Esq.
Nugent And Bryant
236 Boston Post Road
Orange, CT. 06477

By *Duane Ziemba*
   Duane Ziemba

39