<u>United States District Court</u>
<u>District of Connecticut</u>

FILED
2005 MAY 27 P 5:10

U.S. DISTRICT COURT

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:00 cv 391 (HBF) |
| vs. | |
| Frederick Thomas, et al. | May 24, 2005 |

<u>Plaintiff's Local Rule 56(a) 2 Statement</u>

1. Admitted.

2. Admitted.

3. Denied. This is not what Complaint, para. 11, states.

4. Denied. This is not what Complaint, paras. 30-41 states.

5. Admitted.

6. Admitted.

7. Denied. Defendants Armstrong, David Strange and Mark Strange were directly involved. See

40

Affidavit By Pamela Ziemba (Exhibit A), the Plaintiff's Affidavit In Support, and Exhibits.

8. Addmitted.

9. Denied. This is not what Complaint, paras. 16, 17, 19, 20 States.

10. Denied. This not what Complaint, paras. 16, 17, 19, 20, 25 States.

11. Denied. Nothing Whatsoever was investigated. Affidavit By Pamela Ziemba (Exhibit A) and Plaintiff's Affidavit In Support.

12. Denied. There is no evidence of such.

13. Denied. Complaint, paras. 58-59 does not state this.

14. Admitted.

15. Denied. See Exhibits J-L plaintiff's letters do not state this.

16. Denied. The letters were not forwaded. See Exhibits F, G, H, I, J-L, And M.

41

-2-

17. Denied. See Exhibit M, the unit administrator Mark Strange made the decision to make the retaliatory transfer.

18. Denied. Defendant Mark Strange personally made the decision to in retaliation transfer plaintiff.

19. Admitted.

20. Admitted.

21. Denied. No notice provided.

22. Denied.

23. Denied.

24. Denied.

25. Admitted that unjustly there was guilty findings.

26. Denied.

27. Denied.

42

-3-

28. Denied.

## Disputed Issues Of Material Fact

29. Defendants John Armstrong, David Strange, and Mark Strange are secure as defendants, did have direct and personal involvement, culpability, and face supervisory liability for the violation of the plaintiff's Constitutional rights. Please See Affidavit By Pamela Ziemba (Exhibit A) and documents referenced, the Exhibits, Plaintiff's Affidavit In Support, and Memorandum of Law and the referenced evidence.

Respectfully Submitted
The Plaintiff - Pro Se
*Duane Ziemba*
Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of May 2005:

Matthew B. Beizer, Esq.
Perry Zinn Rowthorn, Esq.
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

Antonio Ponvert III, Esq.
Koskoff, Koskoff and Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT. 06604

James Nugent, Esq.
Nugent and Bryant
236 Boston Post Road
Orange, CT. 06477

By: Duane Ziemba
    Duane Ziemba