United States District Court **FILED**
District Of Connecticut   2005 MAY 27 P 5: 10

U.S. DISTRICT COURT

| | |
|---|---|
| Duane Ziemba | Civil Action No. 3:00 cv 391 (HBF) |
| VS. | |
| Frederick Thomas, et al. | May 24, 2005 |

**Exhibits** -- Affidavit Of Plaintiff

I, Duane Ziemba, hereby declare under penalty of perjury:

1. Attached hereto as Exhibit A is a true and correct copy (Original to Court) of Affidavit By Pamela Ziemba;

2. Attached hereto as Exhibit B is a true and correct copy of Inmate Grievance by plaintiff dated January 27, 1998 and February 28, 1998;

3. Attached hereto as Exhibit C is a true and correct copy of Memo by David Strange dated March 10, 1998;

4. Attached hereto as Exhibit D is a true and correct copy of Summary Incident Report

45

#9803040, From Major Collins dated March 10, 1998 and 10 March 1998 Follow-Up report by Captain Curtiss Wood;

5. Attached hereto as Exhibit E is a true and correct copy of Affidavit by Pamela Ziemba dated August 16, 2001;

6. Attached hereto as Exhibit F is a true and correct copy of Disciplinary Report Threats No. 9803056;

7. Attached hereto as Exhibit G is a true and correct copy of Disciplinary Report Flagrant Disobedience No. 9803054;

8. Attached hereto as Exhibit H is a true and correct copy of Disciplinary Report Causing A Disruption No. 9803056;

9. Attached hereto as Exhibit I is a true and correct copy of letter by Mary Morgan Wolff dated April 20, 1998;

10. Attached hereto as Exhibit J is a true and correct copy of letter by Duane Ziemba dated June 8, 1998;

11. Attached hereto as Exhibit K is a true and correct copy of letter by Mark Strange dated June 10, 1998;

12. Attached hereto as Exhibit L is a true and correct copy of letters by Duane Ziemba dated June 8, 1998 / June 15, 1998;

13. Attached hereto as Exhibit M is a true and correct copy of Interrogatories Served On Defendant John Armstrong dated January 9, 2002 and responses thereto dated March 13, 2002

14. Attached hereto as Exhibit N is a true and correct copy of Hartford Courant Article dated April 24, 2004.

> Respectfully Submitted
> The Plaintiff - As Pro Se
> *Duane Ziemba*
> Duane Ziemba #128963
> Garner C.I.
> 50 Nunnawauk Road
> Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of May 2005:

Matthew B. Beizer, Esq.
Perry Zinn Rowthorn, Esq.
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

Antonio Ponvert III, Esq.
Koskoff, Koskoff And Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT. 06604

James Nugent, Esq.
Nugent And Bryant
236 Boston Post Road
Orange, CT. 06477

By: ~~Duane Ziemba~~
    Duane Ziemba

48

-4-

# Exhibit "A"

49

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DUANE ZIEMBA
V.
FREDERICK THOMAS, ET AL.                    NO. 3:00 CV 391 (WWE) (HBF)

## AFFIDAVIT BY PAMELA ZIEMBA

I, PAMELA ZIEMBA, BEING OF AGE AND COMPETENT TO TESTIFY TO THE MATTERS HEREIN, HEREBY DEPOSE AND STATE THE FOLLOWING:

1. THE PLAINTIFF, DUANE ZIEMBA, IS MY SON. I HAVE ESSENTIAL PERSONAL KNOWLEDGE OF THE INCIDENTS RELEVANT TO THIS ABOVE CAPTIONED CASE AND I HAD DIRECT PERSONAL INVOLVEMENT. THE CHRONOLOGICAL LIST OF FACTS HEREIN, I STATE FROM MY PERSONAL KNOWLEDGE. I HAVE REFERRED TO MY WRITTEN NOTES TAKEN IN 1997, 1998, AND 1999, AND BY DOCUMENTATION MAINTAINED IN MY HOME FILES.

2. ON FRIDAY, SEPTEMBER 12, 1997 AT CHESHIRE C.I., PRISON GUARDS ASSAULTED MY SON. DUANE SUSTAINED SERIOUS, MULTIPLE INJURIES. IMMEDIATELY HE WAS TRANSFERRED OUT OF CHESHIRE C.I. AND INTO NORTHERN C.I., <u>NOT</u> TO A NEEDED HOSPITAL. TO PROVE THESE FACTS I HAVE ATTATCHED HERETO AS <u>EXHIBIT A</u>. ENCLOSED IS A TRUE AND CORRECT COPY OF THE SEPTEMBER 12, 1997 HORRIFIC MEDICAL INCIDENT REPORT FROM THE NORTHERN C.I. ADMISSION OF DUANE.

3. AT CHESHIRE C.I., ON SEPTEMBER 12, 1997, FOLLOWING THE CORRECTION OFFICERS ASSAULTING DUANE, DUANE GAVE MY HOME TELEPHONE NUMBER TO OTHER INMATES WHO HAD WITNESSED THE INCIDENT. AT 8:13 P.M., AFTER DUANE WAS ALREADY TRANSFERRED TO NORTHERN C.I., FROM CHESHIRE C.I., INMATE ANTHONY COOPER CALLED ME COLLECT, INFORMING ME OF HOW THE CORRECTION OFFICERS HAD VIOLENTLY BEAT MY SON, AND THAT DUANE WAS SERIOUSLY HURT. HE SAID FOR ME TO CALL THE STATE POLICE. <u>EXHIBIT B</u>, IS A TRUE AND CORRECT COPY OF MY 1997 SNET PHONE BILL, REFLECTING THIS 8:13 P.M. COLLECT CALL TO ME ON SEPTEMBER 12, 1997. THIS PHONE BILL ALSO REFLECTS HOW I, IN RETURN, CALLED CHESHIRE C.I. ON SEPTEMBER 12, 1997 AT 8:28 P.M. I SPOKE WITH A LT. BROWN. SHE TOLD *ME:* *"ZIEMBA IS NO LONGER HERE, HE WAS TRANSFERRED TO NORTHERN C.I. IN ENFIELD "* I ASKED LT. BROWN IF MY SON WAS INJURED? SHE STATED: *"NO HE IS <u>NOT</u> HURT."* I NOW CALLED NORTHERN C.I. ON SEPTEMBER 12, 1997 AT 8:35 P.M. I SPOKE TO A LT. ARNOLD. SHE, IN TURN, STATED: *"DUANE ZIEMBA IS HERE AT NORTHERN C.I. "* I ASKED LT. ARNOLD: *"HAS MY SON BEEN INJURED? "* SHE SAID TO CALL HER BACK AT 10:30 P.M. AT 10:25 P.M. I AGAIN SPOKE WITH LT. ARNOLD, LT. ARNOLD STATED: *"DUANE ZIEMBA IS HERE AND <u>NO</u> HE IS NOT INJURED "* AND FOR ME TO CALL BACK ON MONDAY. (SEE <u>EXHIBIT B PHONEBILL</u>)

1

50

3. ( CONTINUED ) ON THE NEXT DAY OF SATURDAY, SEPTEMBER 13TH AND ALSO SUNDAY SEPTEMBER 14TH, INMATE ANTHONY COOPER FROM CHESHIRE C.I. AGAIN CALLED ME COLLECT. (SEE <u>EXHIBIT B PHONEBILL</u>) INMATE ANTHONY COOPER CLEARLY STATED: {THAT ON SEPT. 12, 1997} *"MANY INMATES {AT CHESHIRE C.I.} WITNESSED THE GUARDS BEAT DUANE AND THAT HE IS <u>DEFINITLY</u> SERIOUSLY INJURED ".*
I WAS EXTREMELY WORRIED AND SCARED. ON SATURDAY, SEPTEMBER 13TH 1997 I AGAIN CALLED ENFIELD, NORTHERN C.I. AT 1:43 P.M., 6:56 P.M., 7:15 P.M. AND 7:18 P.M. (SEE <u>EXHIBIT B PHONEBILL</u>). ALL NORTHERN C.I. PRISON OFFICIALS KEPT <u>LYING</u> TO ME BY TELLING ME: *"MY SON WAS FINE "* AND *"NO HE IS NOT HURT OR INJURED "* I THEN CALLED THE PRISON CHAPLIN OF NORTHERN C.I., REVEREND HICKS. AS I EXPRESSED MY FEARS, HE TOLD ME THAT: *"HE WOULD PERSONALLY GO TO MY SONS CELL DOOR AND WOULD SEE IF MY SON WAS INJURED AND WOULD THEN CALL ME BACK ".* REVEREND HICKS CALLED ME BACK AND INFORMED ME THAT IN FACT: *" HE JUST SAW MY SON AND THAT HE IS GRAVELY INJURED "* DUANES FACE WAS COVERED WITH BOTH MULTIPLE LACERATIONS AND BRUISES, HIS NOSE WAS BROKEN CAUSING HIS EYES TO BECOME SWOLLEN WITH A MULTITUDE OF BLACK AND RED BRUISING. HE STATED THAT DUANE HAD DEEP GASHES ON HIS WRISTS, AND SAID THAT LOOKING THRU THE CELL AS HE DID HE WAS UNABLE TO FURTHUR ACCESS THE REST OF DUANES BODY. ON MONDAY SEPTEMBER 15TH 1997 I CALLED NORTHERN C.I. AT 8:34 A.M., 8:36 A.M., 10:21 A.M., 1:56 P.M. AND 2:27 P.M. I ALSO CALLED CHESHIRE C.I. AT 10:04 A.M. (SEE <u>EXHIBIT B PHONEBILL</u>). WARDEN WEZNER AT CHESHIRE C.I. TOLD ME THAT: *"MY SON IS NOT HURT AND HE DOES NOT KNOW THE REASON WHY HE WAS TRANSFERRED OVER TO NORTHERN C.I. "* WARDEN GOMEZ AT NORTHERN C.I. TOLD ME THAT: *"HE DOES NOT KNOW WHAT HAPPENED AND THAT HE THINKS HE HEARD SOMEONE SAY THAT MY SON HAD INJURIES, BUT THAT HE HAD NOTHING TO DO WITH MY SON BEING INJURED OR SENT THERE AT NORTHERN."*

4. FROM ~~DECEMBER~~ SEPTEMBER (P.3) AS 15, 1997 FORWARD, I CALLED THE CONNECTICUTS DEPARTMENT OF CORRECTIONS COMMISSIONER ARMSTRONGS OFFICE, LOCATED IN WETHERSFIELD, CONNECTICUT. MY TELEPHONE BILL DOES NOT REFLECT MY NUMEROUS CALLS TO WETHERSFIELD BECAUSE IT IS NOT A LONG DISTANCE CALL FROM MY HOME AND THEREFOR NOT DOCUMENTED. I HAD ALREADY PROCEEDED UP THE CHAIN OF COMMAND TO NO AVAIL. I CALLED COMMISIONER ARMSTRONGS OFFICE, AS ULTIMATELY HE WAS THE HIGHEST RANKING OFFICIAL IN THE DEPARTMENT OF CORRECTIONS. COMMISIONER ARMSTRONGS PRIVATE SECRETARY, ALICE HARRIS, STATED THAT: *"COMMISIONER ARMSTRONG COULD NOT TAKE MY PHONE CALLS AND ACTING ON HIS BEHALF, SHE REFUSED TO GIVE ME AN APPOINTMENT TO MEET WITH HIM.*

5. I DID AS DUANES' MOTHER, INFORM AND DESCRIBE, IN GREAT DETAIL, TO COMMISSIONER ARMSTRONGS PRIVATE SECRETARY ALICE HARRIS, DETAILS AND CONCERNS THAT WERE TO BE RELAYED TO COMMISIONER ARMSTRONG. THESE CONCERNS WERE STATED TO BE TREATED AS URGENT AND RELAYED TO COMMISIONER ARMSTRONG AS SOON AS POSSIBLE.

2

51

5. ( CONTINUED ) I PERSONALLY INFORMED COMMISIONER ARMSTRONGS OFFICE, OF HIS EMPLOYEES, ON SEPTEMBER 12, 1997 SERIOUSLY, ILLEGALLY, ABUSING, ASSAULTING, AND GRAVELY INJURING MY SON, DUANE ZIEMBA. THEN, UNJUSTIFIABLY TRANSFERRING HIM TO NORTHERN C.I., WHERE HE WAS LOCKED INTO SEGREGATION – TO HIDE THE INFLICTED DAMAGE THAT WAS DONE TO HIM. COMMISIONER ARMSTRONGS RESPONSE TO THESE ILLEGAL ACTS BY HIS EMPLYEES WAS, AS HIS PRIVATE SECRETARY TOLD ME: " *HE ( COMMISIONER ARMSTRONG ) IS FULLY AWARE OF HIS STAFF ON SEPTEMBER 12, 1997 SUBJECTING INMATE ZIEMBA TO INJURIES, FOR ME TO STOP CALLING AS HE WILL NOT SPEAK TO ME.* " CLEARLY COMMISIONER ARMSTRONGS "*ATTITUDE "CONDONED* THESE ILLEGAL ACTS OF VIOLENCE BY HIS SUBORDINATES. HE REFUSED TO EVEN SPEAK TO ME OR EVEN SECURE ME AN APPOINTMENT FOR MEETING. NO DEPARTMENT OF CORRECTIONS INVESTIGATION WAS EVER CONDUCTED; COMMISIONER ARMSTRONG FAILED TO TAKE ANY ACTION AGAINST HIS EMPLOYEES WHO VIOLATED AND INJURED MY SON, THUS PROMOTING A KNOWN CULTURE OF EXCESSIVE FORCE TO BE ADMINISTERED AT WILL WITHOUT RESTAINT. AS THE HIGHEST RANKING OFFICIAL IN THE DEPARTMENT OF CORRECTIONS COMMISIONER ARMSTRONG KNOWINGLY AND DELIBERATLY DECIDED TO TAKE NO ACTION TO CORRECT, CURB, OR STOP, ALL CURRENT AND FUTURE ILLEGAL CONDUCT OF THIS NATURE.

6. DUE <u>DIRECTLY</u> TO COMMISIONER ARMSTRONGS <u>GROSS INDIFFERENCE</u> AND THAT OF HIS SUBORDINATES CONTAINED UP AND DOWN THE WHOLE DEPARTMENT OF CORRECTIONS CHAIN OF COMMAND, ON SEPT. 25, 1997 I CONTACTED THE FEDERAL BEREAU OF INVESTIGATION, INVOLVING THE AFORMENTIONED ILLEGAL CONDUCT. <u>EXHIBITS C</u>, ARE TRUE AND CORRECT COPIES OF MY LETTER TO THE F.B.I. DATED SEPTEMBER 25, 1997, AND TWO LETTERS OF RESPONSE BY THE F.B.I. DATED SEPTEMBER 30, 1997.

7. FOLLOWING THE SEPTEMBER 12, 1997 ILLEGAL CONDUCT BY THE DEPARTMENT OF CORRECTIONS STAFF AND EMPLOYEES, ALL THE DOCUMENTARY EVIDENCE CONFIRMS THAT COMMISIONER ARMSTRONG AND HIS FELLOW EMPLOYEES ENGAGED IN [DAMAGE CONTROL]. THEY TOOK DUANE, SERIOUSLY INJURED AND UNJUSTIFIABLY TRANSFERRED HIM TO NORTHERN C.I. WHEN IN FACT HE NEEDED EMERGENCY ROOM CARE AT THE NEAREST HOSPITAL. SPECIFICALLY, THEY LOCKED HIM INTO SOLITARY CONFINEMENT AT NORTHERN C.I. __ TO HIDE HIM UNTIL THE INFLICTED DAMAGE AND HORRIBLE INJURIES HAD TIME ENOUGH TO HEAL. MY SON WAS REFUSED A PHONE CALL TO ME, NOR WAS I ALLOWED A VISIT WITH HIM FOR WELL OVER A MONTH.

8. ON OCTOBER 30, 1997, AFTER DUANE HAD (PHYSICALLY) HEALED, HE WAS THEN TRANSFERRED OUT OF NORTHERN C.I. AND PLACED AT CORRIGAN C.I.

9. WHILE DUANE WAS BEING HOUSED AT CORRIGAN C.I., I WAS AND REMAINED IN CLOSE CONTACT WITH HIM. DUE TO THE FACT THAT I WAS CONCERNED AND PROFOUNDLY DISTURBED ABOUT HIS FUTURE TREATMENT BY ANY AND ALL CONNECTICUT DEPARTMENT OF CORRECTIONS OFFICIALS.

9. (CONTINUED) AFTER THE PRIOR ABUSE AND COVER – UP BY THE ARMSTRONG ADMINISTRATION. DURING THIS TIME DUANE STARTED LEARNING THAT HE COULD SUE THE PRISON SYSTEM AND ITS OFFICIALS FOR WHAT THEY HAD DONE TO HIM. HE BELIEVED (AND I CONCURRED) TO RESPECTFULLY SEEK JUSTICE IN A COURT OF LAW. I ALSO HAD KNOWLEDGE THAT DUANE WAS WRITING ARTICLES TO SEVERAL NEWSPAPERS CONCERNING CONNECTICUT PRISON OFFICIALS AND THEIR CORRUPTION.

10. BEFORE DUANE ON MARCH 09, 1998, {THE MAIN SUBJECT OF THIS LAWSUIT} AT CORRIGAN C.I., WAS TAKEN INTO THE SALLYPORT AND VIOLENTLY, BRUTALLY, MACED REPEATEDLY AND BEATEN. HE STATED TO ME THE FOLLOWING: "THE *CORRIGAN PRISON OFFICIALS SEARCHED HIS CELL, READING HIS LEGAL MATERIAL AND THE ARTICLES HE WAS WRITING TO THE NEWSPAPERS. THEY WERE EXTREMELY HOSTILE TOWARDS HIM BECAUSE THEY KNEW HE WAS WORKING ON SUING PRISON OFFICIALS AND WAS WRITING ARTICLES TO NEWSPAPERS CONCERNING THE DEPARTMENT OF CORRECTIONS CORRUPTION. HE WAS THREATENED REPEATEDLY, HE'LL BE HURT IF HE DOESN'T STOP WRITING THE NEWSPAPERS*". DUANE HAD A SCHEDULED COURT APPEARANCE. CORRECTION OFFICERS SLAMMED HIM ON THE FLOOR, RIPPING HIS SHOES OFF. HE WAS FORCED TO GO TO MIDDLETOWN COURT WITHOUT ANY SHOES. I SAW HIM IN COURT ON NOVEMBER 25, 1997 WHERE HE INFORMED ME OF THE ABOVE AND HE HAD NO SHOES ON. IN JANUARY 98, LT. THOMAS AND GUARDS SEARCHED HIS CELL. THEY STOLE CARBON PAPER AND ARTICLES THAT HE HAD WRITTEN TO THE NEWSPAPERS. LT. THOMAS THREATENED THAT IF HE CATCHES HIM WRITING TO NEWSPAPERS AGAIN, HE WILL BE HURT. OVER AND OVER I CALLED CORRIGAN C.I. WARDEN DAVID STRANGE, INFORMING HIM OF ONGOING HARASSMENT AND RETALIATION AGAINST DUANE. ON MY KNOWLEDGE AND BELIEF, HE FAILED TO ACT ON MY INFORMATION. WARDEN DAVID STRANGE DID NOT TAKE ANY ACTION TO PROTECT MY SON. ONCE AGAIN I CALLED COMMISSIONER ARMSTRONGS OFFICE. I WAS ONLY ALLOWED TO SPEAK TO HIS SECRETARY ALICE HARRIS. I CLEARLY REPORTED THAT MY SON WAS IN SERIOUS DANGER. ARMSTRONG REFUSED TO ACCEPT, RETURN, OR ACT ON MY TELEPHONE CALLS. HE JEOPARDIZED, BY HIS MORALLY CORRUPT INDIFFERENCE, MY SONS LIFE. BY HIS IN – ACTION, HE FAILED TO PROTECT MY SONS LIFE.

11. ON FEBRUARY 27, 1998 THE NEW LONDON DAY NEWSPAPER PUBLISHED AN ARTICLE THAT WAS WRITTEN BY DUANE ZIEMBA,
TITLED: *"WARDEN CANNOT SILENCE PRESS "*,
ON MARCH 09, 1998 CORRIGAN C.I. PRISON OFFICIALS {LT. THOMAS} TOOK DUANE AND HANDCUFFED HIM IN THE SALLYPORT AREA. HE WAS THREATENED THAT: *"THEY ARE GOING TO MAKE SURE HE WRITES NO MORE ARTICLES "*. LT. THOMAS AND A TEAM OF GUARDS BOTH MACED DUANE AND BEAT DUANE REPEATEDLY. DUANE LAY ON THE CONCRETE FLOOR OF THE SALLYPORT UNTIL THE MACING AND BEATING STOPPED. THIS SAVAGE ATTACK PLACED DUANE IN A HOSPITAL BED FOR OVER A WEEK WITH ENSUING PERMANENT INJURIES AS A RESULT OF THIS. I AM CERTAIN, IF COMMISSIONER ARMSTRONG, IN HIS POSITION AS THE ULTIMATE AUTHORITY, HAD ACTED ON EARLIER INFORMATION PROVIDED BY MYSELF,

53

4

11. ( CONTINUED ) I.E. PREVIOUS THREATS, INTIMIDATION, ACTIVE HARASSMENT, RETALIATION AND ASSAULTS BY HIS CORRECTION OFFICERS AND THEIR STAFF, RESULTING IN SERIOUS INJURIES __BY HIS UNLIMITED, ABSOLUTE AUTHORITY, COULD HAVE PREVENTED HIS STAFF FROM BRUTALLY BEATING MY SON. WARDEN DAVID STRANGES INACTION, ON ALL OF THE ABOVE, DESPITE EXPLICIT WARNINGS, WAS ALSO AN UNEQUIVOCAL DERELICTION OF DUTY.

12. FOLLOWING THE CORRIGAN PRISON OFFICIALS BEATING DUANE, IN THE SALLYPORT ON MARCH 9, 1998, I WENT TO STATE SENATOR BILLY CIOTTO. ATTATCHED AS <u>EXHIBIT D.</u> IS A TRUE AND CORRECT COPY OF SENATOR CIOTTOS' LETTER TO COMMISIONER ARMSTRONG DATED DECEMBER 29, 1998 SPECIFICALLY, I WENT TO SENATOR CIOTTO FOR HELP. EVEN AFTER THE MARCH 9, 1998 BRUTAL BEATING OF MY SON, COMISSIONER ARMSTRONG AND WARDEN DAVID STRANGE CONTINUED TO ACT WITH GROSS INDIFFERENCE. THEY FAILED AND REFUSED TO ACT ON THE ILLEGAL VIOLATIONS COMMITTED.

13. AFTER DUANE WAS RELEASED FROM THE HOSPITAL, HE WAS HOUSED AT MACDOUGAL C.I. HE INFORMED ME THAT THE MACDOUGAL WARDEN WAS MARK STRANGE, THE OLDER BROTHER OF CORRIGAN C.I. WARDEN DAVID STRANGE. WARDEN MARK STRANGE AT MACDOUGAL C.I. WENT INTO <u>DUANES MASTER FILE AND STRIPPED IT OF ALL DOCUMENTATION PERTAINING TO THE CORRIGAN BEATING</u>. DUANE WROTE WARDEN MARK STRANGE SEVERAL LETTERS ADDRESSING THIS ISSUE. IN RETURN, MARK STRANGE IMMEDIATELY TRANSFERRED DUANE TO GARNER C.I. I PERSONALLY CALLED WARDEN MARK STRANGE AS DUANE HAD NO PROBLEMS WHILE AT MACDOUGAL C.I. HIS RESPONSE WAS THAT <u>HE CONTROLLED ALL MASTER FILES</u>. DUANE SENT HIM LETTERS REGARDING THE ~~DESICRATION~~ OF HIS MASTER FILE AND BECAUSE THE WARDEN DID NOT LIKE THESE REPEATED REQUESTS FOR ANSWERS, HE SIMPLY ORDERED DUANE TRANSFERRED.

*[margin note: As purging (13)]*

14. THE COLLUSION, CORRUPTION AND DENIAL, SANCTIONED AND PROMOTED BY COMMISIONER ARMSTRONG TO HIS SUBORDINATES IN THE DEPARTMENT OF CORRECTIONS WAS RAMPANT.

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNED: *Pamela Ziemba*

PAMELA ZIEMBA
274 PLAZA DRIVE
MIDDLETOWN; CT.
06457

SWORN AND SUBSCRIBED BEFORE ME ON THIS _12_ DAY OF _May_ , 2005

*Angela M. Spada*

Angela M. Spada
Notary Public
My Commission Expires July 31st 2009

54                                      5

# EXHIBIT A



# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

| Facility | NORTHERN CORRECTIONAL INSTITUTION | Report Date | 9-12-97 |
|---|---|---|---|
| Inmate Name | ZIEMBA, DUANE | Time | 6:00 ☐ a.m. ☒ p.m. |
| Staff Name | KNAPIK, R. | I.D. no. | 128693 |
| Incident report submitted ☒ yes ☐ no | Number | | Date |

**Treatment Location:** ADMISSION & PROCESSING

**Injury Description** (must be completed if no other report): ① (R) upper arm superior to elbow) PUNCTURE WOUND 1/8 - 1/4 cm diameter c̄ dark center (? PENCIL FRAGMENT) I/M alleges stabbed c̄ pencil on 9/9, Tues. by another inmate @ Cheshire C.I. ② Abrasions to length of nose 3cm and (L) cheek 5×3cm c̄ serous drainage n. ③ several scratches to (L) forehead ④ (R) neck/shoulder c̄ reddened marks/petechial type m. ⑤ Abrasions across dorsal/ventral aspect (L) wrist c̄ ↓ ROM. I/M unable to bend or flex hand @ wrist s̄ eliciting pain - lateral mvmt. also elicits pain ∅ edema ⊕ n.

**Diagnosis:** Intake from Cheshire CI
① Alteration in tissue integrity R/T Abrasions
② Alteration in comfort R/T ↓ ROM (L) wrist

**Treatment administered:** ① Abrasions to nose and (L) cheek cleansed c̄ Betadine swabs, 0.9% NS then Bacitracin applied.
② (L) wrist abrasions cleansed c̄ Betadine swabs, 0.9% NS then Bacitracin applied c̄ telfa pads to cover, protection/barrier from cuff.
③ Polaroids taken by custody staff.

**Required follow up:** ① Inmate placed on M.D. sick call list for next sched. visit. —
② via sick call process for nursing, prn —

**Placement after treatment** MEDICAL DEPT. FOR BRIEF MHU COUNSEL THEN 1E 209

**Observation/remarks:** Inmate alert + oriented x3. No redness or swelling noted peri alleged pencil stab wound. I/M c/o soreness/tenderness upon palpation. No drainage noted from site. I/M instructed to apply warm compresses to site for 10-15 min a few times q.d. I/M also instructed to notify medical show redness, swelling, ↑ tenderness of (pain) wound site occurs. I/M stated understanding.

| Patient signature | | Date | |
|---|---|---|---|
| Medical staff signature | Rose Knapik RN/CN | Date | 9/12/97 |
| Custody staff signature | | Date | |

56

# EXHIBIT B

Case 3:00-cv-00391-HBF   Document 108-5   Filed 05/27/2005   Page 13 of 15

Case 3:00-cv-00391-HBF    Document 108-5    Filed 05/27/2005    Page 14 of 15



**SNET**
*We go beyond the call*

Bill Date:         October 7, 1997
Account Number:    860 347-8543 280
Telephone Number:  860 347-8543

Questions about your MCI bill?
Call 811. Outside Connecticut 1-800-453-SNET.

Billing for MCI
Page 1

**MCI**

### Account Details
#### Current Charges
##### Calling Charges
###### MCI Long Distance Calls

| No. | Date   | Time   | Place              | Area-Number       | Rate | Min | Sec | Amount |
|-----|--------|--------|--------------------|-------------------|------|-----|-----|--------|
| 1   | Aug 21 | 745pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 8   | 00  | 2.47   |
| 2   | Aug 21 | 809pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 14  | 00  | 3.02   |
| 3   | Aug 22 | 844am  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | DS   | 15  | 00  | 3.85   |
| 4   | Aug 23 | 910am  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 15  | 00  | 3.11   |
| 5   | Aug 24 | 714pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 15  | 00  | 3.11   |
| 6   | Aug 25 | 827pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 3   | 00  | 2.02   |
| 7   | Aug 26 | 836am  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | DS   | 15  | 00  | 3.85   |
| 8   | Aug 26 | 643pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 14  | 00  | 3.02   |
| 9   | Aug 26 | 730pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 2   | 00  | 1.93   |
| 10  | Aug 27 | 803pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 12  | 00  | 2.84   |
| 11  | Sep 2  | 745pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 11  | 00  | 2.75   |
| 12  | Sep 6  | 902am  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 15  | 00  | 3.11   |
| 13  | Sep 6  | 804pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 15  | 00  | 3.11   |
| 14  | Sep 8  | 916pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 2   | 00  | 1.93   |
| 15  | Sep 12 | 813pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 2   | 00  | 1.93   |
| 16  | Sep 13 | 1019am | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 11  | 00  | 2.75   |
| 17  | Sep 14 | 559pm  | to Middletown      | CT 860 347-8543   |      |     |     |        |
|     |        |        | Collect fr Cheshire| CT 203 699-9296   | ES   | 3   | 00  | 2.02   |

MCI Long Distance Charges                                                           46.82

**MCI Total Calling Charges**                                                       46.82

Taxes and Surcharges
  Connecticut Sales Tax(6%)                                                          2.81
  Federal Tax(3%)                                                                    1.40
  **Total Taxes and Surcharges**                                                     4.21

**Total Current Charges for MCI**                                                   51.03

**Rate Codes for Long Distance**
  May be one code or a combination of more that one code:
  D Day                        E Evening/Weekend              S Station

Final Page-Page 6



**SNET**
*We go beyond the call*

Bill Date: October 7, 1997
Account Number: 860 347-8543 280
Telephone Number: 860 347-8543

R

Questions about your SNET bill? Call 811
Outside Connecticut 1-800-453-SNET

## SNET All Distance

**Discounts and Savings**
SNET Simple Solutions Connecticut Summary
  Eligible Charges:
    Outbound                                           62.47
  Total SNET Connecticut Charges                     $62.47
  Discount applied at 10.000%                                    6.25cr

You saved $11.22 this month with your SNET All Distance Services.
These savings consist of:
$4.97 savings automatically applied to eligible calls with your Simple Solutions Plan
$6.25 discount applied as a credit with your Simple Solutions Plan
  Total SNET Connecticut Discounts                              6.25cr

**Calling Charges**

*Proof of collect phone calls from Cheshire inmate*

**SNET Connecticut Calls**

| No. | Date | Time | Place | Area-Number | Rate | Min | Sec | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Sep 8 | 721am | to Colchester | CT 860 537-6103 | OFM | 67 | 35 | 9.06 |
| 2 | Sep 8 | 419pm | to New Haven | CT 203 562-9931 | OP | 0 | 41 | .12 |
| 3 | Sep 12 | 828pm | to Cheshire | CT 203 250-2600 | OF | 1 | 21 | .13 |
| 4 | Sep 12 | 835pm | to Enfield | CT 860 763-8600 | OF | 4 | 03 | .40 |
| 5 | Sep 12 | 1025pm | to Enfield | CT 860 763-8600 | OF | 1 | 43 | .17 |
| 6 | Sep 13 | 124pm | to Torrington | CT 860 482-7647 | OF | 7 | 16 | .73 |
| 7 | Sep 13 | 143pm | to Enfield | CT 860 763-8600 | OF | 0 | 41 | .07 |
| 8 | Sep 13 | 656pm | to Cheshire | CT 203 250-2600 | OF | 1 | 57 | .19 |
| 9 | Sep 13 | 715pm | to Enfield | CT 860 763-8600 | OF | 1 | 58 | .20 |
| 10 | Sep 13 | 718pm | to Enfield | CT 860 763-8600 | OF | 6 | 03 | .60 |
| 11 | Sep 15 | 735am | to Colchester | CT 860 537-6103 | OFM | 56 | 08 | 8.15 |
| 12 | Sep 15 | 834am | to Enfield | CT 860 763-8600 | OP | 1 | 35 | .29 |
| 13 | Sep 15 | 836am | to Enfield | CT 860 763-8600 | OP | 2 | 47 | .50 |
| 14 | Sep 15 | 1004am | to Cheshire | CT 203 250-2600 | OP | 14 | 58 | 2.69 |
| 15 | Sep 15 | 1021am | to Enfield | CT 860 763-8600 | OP | 0 | 48 | .14 |
| 16 | Sep 15 | 156pm | to Enfield | CT 860 763-8600 | OP | 2 | 07 | .38 |
| 17 | Sep 15 | 227pm | to Enfield | CT 860 763-8600 | OP | 17 | 51 | 3.21 |
| 18 | Sep 17 | 948am | to Bridgeport | CT 203 386-1790 | OP | 2 | 13 | .40 |
| 19 | Sep 17 | 403pm | to Manchester | CT 860 646-5606 | OP | 3 | 09 | .57 |
| 20 | Sep 17 | 537pm | to Manchester | CT 860 646-5606 | OF | 0 | 18 | .03 |
| 21 | Sep 18 | 737am | to Colchester | CT 860 537-6103 | OFM | 63 | 48 | 9.70 |
| 22 | Sep 18 | 1042am | to Manchester | CT 860 646-5606 | OP | 2 | 25 | .44 |
| 23 | Sep 18 | 148pm | to New Haven | CT 203 393-4200 | OP | 1 | 49 | .33 |
| 24 | Sep 18 | 416pm | to Manchester | CT 860 646-5606 | OP | 1 | 19 | .24 |
| 25 | Sep 19 | 131pm | to Enfield | CT 860 763-8600 | OP | 0 | 32 | .10 |
| 26 | Sep 19 | 219pm | to Enfield | CT 860 763-8600 | OP | 0 | 24 | .07 |
| 27 | Sep 19 | 304pm | to Enfield | CT 860 763-8600 | OP | 19 | 14 | 3.46 |
| 28 | Sep 19 | 327pm | to Bridgeport | CT 203 377-1808 | OP | 3 | 07 | .56 |
| 29 | Sep 22 | 901am | to Enfield | CT 860 763-8669 | OP | 0 | 18 | .05 |
| 30 | Sep 22 | 903am | to Manchester | CT 860 646-5606 | OP | 0 | 18 | .05 |
| 31 | Sep 22 | 919am | to New Haven | CT 203 786-7130 | OP | 9 | 03 | 1.63 |
| 32 | Sep 23 | 1117am | to Enfield | CT 860 763-8669 | OP | 0 | 18 | .05 |
| 33 | Sep 23 | 1120am | to Manchester | CT 860 646-5606 | OP | 0 | 44 | .13 |
| 34 | Sep 23 | 123pm | to Colchester | CT 860 537-6103 | OP | 0 | 18 | .05 |
| 35 | Sep 23 | 256pm | to New Haven | CT 203 562-9931 | OP | 1 | 53 | .34 |
| 36 | Sep 24 | 714am | to Colchester | CT 860 537-6103 | OFM | 62 | 47 | 7.69 |
| 37 | Sep 25 | 912am | to New Haven | CT 203 786-7130 | OP | 3 | 09 | .57 |
| 38 | Sep 25 | 1048am | to Enfield | CT 860 763-8669 | OP | 7 | 50 | 1.41 |

Handwritten annotations: FRIDAY (next to calls 3-5), SATURDAY (next to calls 6-10), MONDAY (next to calls 11-17)

59

Page 4