```
                  UNITED STATES DISTRICT COURT

                     DISTRICT OF CONNECTICUT

                                :
DUANE ZIEMBA                    :
                                :
v.                              :      CIV. NO. 3:00CV391 (HBF)
                                :
FREDERICK THOMAS, ET AL.        :
                                :
```

## ORDER REGARDING REMAINING ISSUES FOR TRIAL

Following the Court's grant of defendants' motion for summary judgment, the following defendants and issues remain:

(1) Frederick Thomas -

    (a) Excessive force during March 9 Incident

    (b) First and Fourteenth Amendment Violations for the January 1998 theft of plaintiff's writing materials

(2) Mike Fretard - Excessive force during March 9 Incident

(3) Brett Fulcher - Excessive force during March 9 Incident

(4) Timothy Shefer - Excessive force during March 9 Incident

(5) Steven Willard - Excessive force during March 9 Incident

(6) Richard Forrestal - Excessive force during March 9 Incident

(7) David Strange - Supervisory liability for failing to remedy unconstitutional retaliatory acts against plaintiff leading up to March 9 incident

**SO ORDERED** at Bridgeport this 29th day of September 2005.

                                          /s/
                                      **HOLLY B. FITZSIMMONS**
                                      **UNITED STATES MAGISTRATE JUDGE**

Case 3:00-cv-00391-HBF   Document 113   Filed 09/30/2005   Page 2 of 2