UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DUANE ZIEMBA                  :        CIVIL NO. 3:00CV391 (HBF)

   V.                         :

FREDERICK THOMAS, ET AL.      :        APRIL 3, 2006


**PROPOSED VOIR DIRE QUESTIONS**

**The Plaintiff's Proposed Voir Dire Questions**

Plaintiff respectfully requests that the following questions be included in the jury panel voir dire:

1. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind, namely a civil rights case, in which a prisoner is suing department of corrections employees for beating him and violating his constitutional rights?

2. Who feels that a person who was arrested and has a criminal record should NOT be allowed to bring a lawsuit against department of corrections employees?

3. How many of you feel that a person who was arrested and has a criminal record should NOT be allowed to recover a money judgment against department of corrections employees?

4. Have you or anyone close to you ever been employed by any prison system, law enforcement agency, department of corrections, the state of Connecticut or any municipality?

5. Has anyone here or close to you ever served as an appointed or elected official of state, city or local government?

6. Has anyone here or close to you ever been involved in political campaigns or elections in any local, state or federal Government?

7. All other things being equal, how many of you would tend to trust or believe the testimony of a correctional officer over that of a non-law enforcement related person?

8. All other things being equal, does anyone feel the defendant department of corrections employees are starting this case off with a little bit of an advantage since a man with a criminal record and currently in jail is bringing this lawsuit?

9. Is there anyone who knows any other member of this jury panel, other than through this jury selection process today?

10. Have you or anyone close to you ever been a victim of a crime?

11. Have you or anyone close to you ever been arrested?

12. Have you or anyone close to you ever had a car or vehicle stolen?

13. Does anyone here belong to any club or organization which in anyway is interested in the enforcement or the change of any law or laws or which is in any other way connected with police, law enforcement or prison systems?

14. How many people here feel that there are too many lawsuits in America today?

15. How many people feel that a lawsuit like this one, in which only a money judgment can be rendered is wrong, and will not be able to render a money judgment in favor of the plaintiff, Mr. Ziemba, in this lawsuit?

16. How many feel there is too much crime in America, that the prisons are overcrowded and that correctional officers should be allowed to do whatever they deem necessary to prisoners?

17. Duane Ziemba, the person who brought this lawsuit, is a prisoner.

   a. How many people feel prisoners should not be allowed to bring lawsuits?

   b. How many people feel prisoners should be happy that they receive any type of care?

   c. How many people feel Mr. Ziemba should not be allowed to bring a lawsuit claiming that guards beat him and violated his rights?

   d. Let me see a show of hands for those who do NOT want to sit on a jury for a prisoner suing for the violation of his rights?

18. How many of you feel that prisoners get what they deserve in prison?

   a. How many of you feel that Mr. Ziemba should not be allowed to bring a lawsuit claiming he was physically abused by a prison guard?

   b. Can I see a show of hands of each and every one of you who was *ever* punched or beat up?

   c. Can you tell me what it felt like when you were beat up?

   d. Please tell us the relationship you had with the person was who punched you, for example, a classmate, in a bar, a bully, a cop?

19. How many here heard about the Abu Ghraib Prison in Iraq?

   a. Which one of you believe that a little abuse is okay in prisons?

   b. Do you feel that way because they were possible terrorists?

       c. Do you feel that Mr. Ziemba's punishment for breaking the law included a little abuse in prison?

20. At the end of this case, you will send Mr. Ziemba away with a just outcome. If you believe Mr. Ziemba proves his case, Justice will be in the form of money. How many of you feel it is crazy to have a prisoner sue his keepers and win MONEY?

       a. How many of you think that it would be almost like the McDonald coffee case to send Mr. Ziemba back to prison with money?

       b. Who has in mind a maximum amount of money, as they sit here right now, of what is too much money to send Mr. Ziemba back to prison with?

       c. What is that maximum amount?

21. How many people think he should not be allowed to bring a lawsuit?

       a. Duane Ziemba, the person brought this lawsuit, is a prisoner. How many people think he should not be allowed to bring a lawsuit?

**The Defendants' Proposed Voir Dire Questions**

The defendants respectfully request that the following questions be posed to prospective jurors:

1. This is a civil rights lawsuit where the plaintiff, an inmate, has primarily alleged that the defendants, correctional officials employed by the State of Connecticut, Department of Correction, used excessive force against him during an incident on March 9, 1998, at Corrigan Correctional Center. Is there any reason why you would have any difficulty

    being completely fair and neutral in deciding this case if you were chosen to serve on this jury?

    If so, please explain.

2.     Have you, or any member of your family, ever been a party to a lawsuit?

    If so, please describe the circumstances surrounding the lawsuit.

3.     Have you ever served on a jury before?

    If so, please identify the Court you were in, the nature of the case on which you served and state whether a verdict was reached.

4.     Have you, or any member of your family, or close friend, ever been involved in what you consider to be a negative or unpleasant experience with the Department of Correction or any employee of the Department of Correction?

    If so, please explain. Do you feel that this experience would influence your ability to be neutral and fair in deciding this case?

5.     Have you or any member of your family had any interaction with employees of the Department of Correction?

6.     Have you, or any member of your family, or close friend, ever been arrested?

    If so, do you feel that this experience would influence your ability to be neutral and fair in deciding this case?

7.     Have you, or any member of your family, or close friend, ever spent any time in jail, or visit someone in jail?

        If so, please explain the circumstances and state whether this experience would influence your ability to be neutral and fair in deciding this case.

8. Do you know anyone who is in prison?

    If yes, what is your relationship with that person? What is that person incarcerated for and how long is his/her sentence?

9. Have you, or any member of your family, or close friend, ever filed a complaint against a police officer or correctional officer?

    If yes, please describe the circumstances surrounding the complaint and the outcome thereof.

10. Have you read anything in the newspapers or saw anything on the television about the use of excessive force against inmates?

    If yes, were these stories concerning the Connecticut Department of Correction? And, if so, could you judge this case solely on the evidence presented in the Courtroom and put out of your mind anything you may have read or saw outside of the Courtroom?

11. Have you heard or read anything about the Department of Correction or its employees which would in any way interfere with your ability to be objective and impartial in this case?

        RESPECTFULLY SUBMITTED,

        PLAINTIFF Duane Ziemba

        BY:_____
        Jim Nugent, Esq.
        Nugent and Bryant
        236 Boston Post Road
        Orange, CT  06477
        203-795-1111
        ct05792

        Antonio Ponvert III
        Koskoff Koskoff & Bieder
        350 Fairfield Ave.
        Bridgeport, CT 06604
        203-336-4421
        ct17516

        DEFENDANTS
        Frederick Thomas, David Strange, Michael
        Fretard, Brett Fulcher, Timothy Shefer,
        Steven Willard and Richard Forrestal

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        BY:_____
        Matthew B. Beizer
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct16304
        E-Mail:  matthew.beizer@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591