**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DUANE ZIEMBA                   :          CIVIL NO. 3:00CV391 (HBF)

   V.                              :

FREDERICK THOMAS, ET AL.       :          APRIL 3, 2006

**CERTIFICATION**

     This is to certify that a copy of the Trial Memorandum, Proposed Voir Dire Questions, and Proposed Jury Instructions were sent via e-mail and U.S. Mail this 3rd day of April, 2006 to:

Matthew B. Beizer
Attorney General's Office
110 Sherman Street
Hartford, CT  06105

 

                                                  Antonio Ponvert III