FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 APR 28 P 12: 57

U.S. DISTRICT COURT
         [illegible]

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:00CV391 (HBF) |
| V. | : | |
| FREDERICK THOMAS, ET AL. | : | APRIL 26, 2006 |

**DEFENDANTS' MOTION TO SEVER TRIAL AS TO
DEFENDANT RICHARD FORRESTAL**

The above matter is scheduled for trial before a jury the week of May 8, 2006. Defendant Richard Forrestal, one of seven defendants, respectfully requests that the trial be severed as to him. In support thereof, the defendants submit as follows.

1. On March 10, 2006, defendant Forrestal suffered a heart attack. This is his second major heart attack.

2. Defendant Forrestal is currently recovering at his home. His treating cardiologist, Dr. Sappington, has opined that he is physically unable to attend the upcoming trial. (See Attachment A).

3. Defendant Forrestal, by the plaintiff's own admission, is a very minor participant in the event(s) that are the subject of the plaintiff's complaint. Indeed, defendant Forrestal is not alleged to have used excessive force on the plaintiff but rather to have "watched" while the other correctional officials used excessive force. (See Amended Complaint, October 11, 2002, ¶ 40).

WHEREFORE, the defendants request the Court to sever defendant Forrestal from this trial.

DEFENDANTS
Frederick Thomas, David Strange, Michael Fretard, Brett Fulcher, Timothy Shefer, Steven Willard and Richard Forrestal

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of April, 2006:

Antonio Ponvert, III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT 06604

James Nugent, Esq.
Nugent and Bryant
236 Boston Post Road
Orange, CT 06477

_____
Matthew B. Beizer
Assistant Attorney General

2

# ATTACHMENT A

**Joseph B. Sappington, M.D., F.A.C.C., P.C.**
**Thomas Freund, M.D., F.A.C.C.**
**Murthappa N. Prakash, M.D., F.A.C.C.**
Cardiovascular Disease
Telephone 860 525-7357
Facsimile 860 293-0255

1000 Asylum Avenue                      300 Hebron Avenue
Suite 3211                                     Suite 213
Hartford, Ct 06105                   Glastonbury, CT 06033

April 24, 2006

RE: Richard Forrestal

To Whom it May Concern:

Richard Forrestal was recently hospitalized at St. Francis Hospital with an acute myocardial infarction/heart attack on 3/10/06. At that time, he underwent urgent angioplasty and now is in recovery. He has a long-standing history of cardiac problems with previous bypass surgery in May of 1999.

He also currently has been under severe stress from legal obligations and is physically unable to attend trial, especially in view of the severe burden that it requires in traveling to Bridgeport.

Thank you for consideration of this matter.

Sincerely yours,

Joseph B. Sappington, M.D.FACC

JBS:sch