UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Duane Ziemba

V.                              Case Number:  3:00cv391 HBF

Thomas, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on May 4, 2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 3, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, May 9, 2006.

KEVIN F. ROWE, CLERK

By: ___/s/_____
    Diane Kolesnikoff
    Deputy Clerk