UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DUANE ZIEMBA** | : | CIVIL ACTION NO. |
| | : | 3:00 CV 00391 (HBF) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| JOHN ARMSTRONG, JOHN DOE, RAYMOND ELTERICH, RICHARD FORRESTAL, MIKE FRETARD, BRETT FULCHER, TIMOTHY SHEFER, DAVID STRANGE, MARK STRANGE, THOMAS and STEVEN WILLARD | : | |
| | : | |
| Defendants. | : | MAY    , 2006 |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

The parties, having resolved this matter, agree and stipulate to the dismissal of this action pursuant to Rule 41(a)(1) of Federal Rules of Procedure with prejudice.

The Plaintiff,

Jim Nugent
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477
(203)795-1111
(203)795-1019 (fax)
jimnugent@snet.net

The Defendants,

Matthew B. Beizer
Attorney General's Office
110 Sherman Street
Hartford, CT 06105-2294
(860)808-5450
(860)808-5591 (fax)
matthew.beizer@po.state.ct.us

The Plaintiff,

*Duane Ziemba* May 11, 2006
Duane Ziemba
274 Plaza Drive
Middletown, CT 06457

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed postage pre-paid first class to:

Duane Ziemba
274 Plaza Drive
Middletown, CT 06457

Jim Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

Antonio Ponvert III, Esq.
Koskoff, Koskoff & Beider, PC
Fairfield Avenue, 5th Floor
Bridgeport, CT 06604

_5-15-06_
Date

_Matthew B. Beizer_